# EXHIBIT A

# Absence

Calendar | **Balances**

Balances as of 11/09/2025

| | |
|---|---|
| **Banked Holiday** | 0 Hours |
| Banked Holiday | |

| | |
|---|---|
| **Personal** | 37 Hours |
| Personal (Non-Exempt) | |
| Personal (Non-Exempt) - Select Position | |

| | |
|---|---|
| **Sick** | 142.46 Hours |
| Sick Family Member (Non Exempt) | |
| Sick Family Member (Non Exempt) - Select Position | |
| Sick Time Off (Non-Exempt) | |
| Sick Time Off (Non-Exempt) - Select Position | |

Calendar | **Balances**

## Personal | 37 Hours

Personal (Non-Exempt)

Personal (Non-Exempt) -
Select Position

## Sick | 142.46 Hours

Sick Family Member (Non
Exempt)

Sick Family Member (Non
Exempt) - Select Position

Sick Time Off (Non-Exempt)

Sick Time Off (Non-Exempt) -
Select Position

## Vacation | 137.08225 Hours

Vacation

Vacation - Select Position

**Total of All Plans** | 316.54225