# EXHIBIT B

# Smith College | Employee Handbook Personal Time

## Eligibility

If you are employed in a regular or limited-term position of half time or more, you are eligible for paid personal time. If you work a regular part-time schedule, your personal time will be prorated based on the number of hours you are normally scheduled to work. If you work less than half time or hold a temporary position, you are not eligible for paid personal time.

## Use of Personal Time

Personal time must be used by the end of each fiscal year. You will not be paid for unused personal time either at the end of the fiscal year or if you leave the college. Personal time requests must be approved in advance by your manager. However, in the case of family illness or other emergencies, same-day requests may be made; in most instances such requests will be honored. If you resign from your position, personal time may not normally be used during the notice period or to extend your official termination date.

## Amount of Personal Time

Personal time is earned on a quarterly basis but is credited in advance. If your hire date is on July 1, you will be credited with the equivalent of four personal days for use during that fiscal year.  If you are hired during the fiscal year or you hold an appointment of less than 12 months, you will be credited with prorated personal time as described below. If you leave the college, your personal time entitlement will be prorated based on your date of termination.

## Personal Time Entitlement

| Positions | Start Date 7/1 to 9/1 | Start Date 9/2 to 10/1 | Start Date 10/2 to 1/1 | Start Date 1/2 to 4/1 | Start Date 4/2 to 6/30 |
|---|---|---|---|---|---|
| 11- & 12-Month Positions | 4 days | 3 days | 2 days | 1 day | 0 days |
| 9- & 10-Month Positions | 3 days | 2.5 days | 1.5 days | .5 day | 0 days |

## Perfect Attendance Bonus

To recognize and reward non-exempt/administrative support staff with exemplary attendance records, the college provides a special perfect attendance bonus. Non-exempt administrative support staff with 11- or 12-month positions who complete the fiscal year with perfect attendance will be credited with two additional personal days for use during the following fiscal year. Staff working 9- or 10-month schedules will be credited with 1.5 additional personal days. Staff members working regular part-time schedules receive a prorated perfect attendance bonus.

Absences other than the following will be considered interruptions to perfect attendance: holidays, vacation, personal time, bereavement leave, and jury duty.